

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NOS. WR-85,071-01 & WR-85,071-02

### EX PARTE DAVID KENNARD VASBINDER III, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. CR-14-069 & CR-15-021
### IN THE 198TH DISTRICT COURT
### FROM BANDERA COUNTY

YEARY, J., filed a concurring opinion in which KEASLER, and HERVEY, JJ., joined.

### CONCURRING OPINION

Adhering to the views expressed in my concurring opinion in *Ex parte Pointer*, ___ S.W.3d ___, Nos. WR-84,786-01 & WR-84,786-02 (Tex. Crim. App. del. June 8, 2016), I join in the Court's disposition of these cases.

FILED: June 29, 2016
DO NOT PUBLISH